**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BARRY J. FENCHAK**, <br><br> Plaintiff, <br><br> *v.* <br><br> **PENNSYLVANIA STATE UNIVERSITY**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 25-6313-KSM** |

## <u>ORDER</u>

**AND NOW**, this 22nd day of April, 2026, upon consideration of Defendant's April 21, 2026 unopposed Letter Request for a one-week extension of the April 24, 2026 deadline for the parties to jointly propose case management deadlines, it is **ORDERED** that the Letter Request is **GRANTED**.  The parties are **ORDERED** to submit proposed case management deadlines by **May 1, 2026.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.