**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **BARRY J. FENCHAK**, <br><br> Plaintiff, <br><br> *v.* <br><br> **PENNSYLVANIA STATE UNIVERSITY**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 25-6313-KSM** |

## ORDER

**AND NOW**, this 8th day of May, 2026, upon consideration of the parties' competing case management proposals, it is **ORDERED** that an **in person** status conference is scheduled in this action for **Wednesday, May 13, 2026 at 1:00 p.m. in Courtroom 16B.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

———————————————————
KAREN SPENCER MARSTON, J.