## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **BARRY J. FENCHAK**, <br><br> Plaintiff, <br><br> *v.* <br><br> **PENNSYLVANIA STATE UNIVERSITY**, **et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 25-6313-KSM** |

## ORDER

**AND NOW**, this 18th day of May, 2026, upon consideration of the parties' competing case management proposals, and following an in person status conference on May 13, 2026, it is **ORDERED** as follows:

1.    Defendants shall submit their motion for judgment on the pleadings by **May 29, 2026.**

2.    Plaintiff shall submit his opposition brief by **June 12, 2026**.

3.    Defendants shall submit their reply brief, if necessary, by **June 19, 2026.**

4.    Discovery in this action shall remain **STAYED** pending a ruling on the forthcoming motion.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.