**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BARRY J. FENCHAK**,<br><br>Plaintiffs,<br><br>*v.*<br><br>**PENNSYLVANIA STATE UNIVERSITY**, et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 25-6313-KSM** |

**ORDER**

**AND NOW** this 31st day of July, 2026, upon consideration of Defendants' Motion for Judgment on the Pleadings (Doc. No. 19), Plaintiff's opposition brief (Doc. No. 20), Defendant's reply brief (Doc. No. 21), and Plaintiff's surreply brief (Doc. No. 22), it is **ORDERED** that the motion is **GRANTED** and Counts IV–VI are **DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**