IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY J. FENCHAK,
                  Plaintiff
    v.

PENNSYLVANIA STATE
 UNIVERSITY, et al.

               Defendants

Civil Action No. 2:25-cv-06313-KSM

## NOTICE OF APPEAL

Notice is hereby given, Barry J. Fenchak, by and through counsel, appeals to the United States Court of Appeals for the Third Circuit from the July 31, 2026, final Order entered by the Honorable United States District Court for the Eastern District of Pennsylvania Judge Karen Spencer Marston which adjudicated all remaining claims and rights and liabilities of all remaining parties. The proceedings associated with the final Order entered July 31, 2026, were decided upon argument by briefs of counsel only and not evidentiary hearings. Accordingly, the record of appeal need not include a transcription of the proceedings within the meaning of Rule 10(b), Federal Rule of Appellate Procedure.

By:    */s/ Steven F. Marino*
       Steven F. Marino, Esquire
       PA Attorney I.D. No.   53034
       Joseph Auddino, Esquire
       PA Attorney I.D. No.   316752
       MARINO ASSOCIATES
       301 Wharton Street
       Philadelphia, PA 19147
       Telephone:    (215) 462-3200
       Telecopier:    (215) 462-4763
       smarino@marinoassociates.net
       jauddino@marinoassociates.net
       *Attorneys for Plaintiff*

Dated: August 11, 2026